IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

PATRICIA KENNEDY, Individually,　　　*

　　　　　　Plaintiff,　　　　　　　　*
v.　　　　　　　　　　　　　　　　Case No. 7:19-CV-161(WLS)
　　　　　　　　　　　　　　　　　*
DJ LAND & DEVELOPMENT LLC, a Georgia
Corporation,　　　　　　　　　　　　*

　　　　　　Defendant.　　　　　　　*
_____

## **J U D G M E N T**

Pursuant to this Court's Order dated November 20, 2019, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 20th day of November, 2019.

　　　　　　　　　　　　　　　　David W. Bunt, Clerk


　　　　　　　　　　　　　　　　s/ S. B. DeCesare, Deputy Clerk